UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-21400-COOKE/TORRES

JEREMIAH SUTHERLAND, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

HARBOUR RESTAURANT PARTNERS, LLC,
d/b/a Makoto, a foreign limited liability company,
STARR RESTAURANT ORGANIZATION, LP,
a foreign limited partnership, STARR
RESTAURANT ORGANIZATION GP, LLC, a
Foreign limited liability company, and STEPHEN
STARR, an individual,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

    Defendants, HARBOUR RESTAURANT PARTNERS, LLC, d/b/a Makoto, a foreign limited liability company, STARR RESTAURANT ORGANIZATION, LP, a foreign limited partnership, STARR RESTAURANT ORGANIZATION GP, LLC, a foreign limited liability company, and STEPHEN STARR, an individual, hereby notify the Court that the parties have reached a resolution with regard to this litigation.  The parties are in the process of finalizing the settlement papers and will submit appropriate closing documents, including a joint motion for court approval of the settlement and a proposed order of dismissal, within ten days.  The parties respectfully request that all deadlines be stayed while the parties prepare settlement and dismissal papers.

DATED this 26th day of September, 2016

                                         Respectfully submitted,

                                         By: */s/ Jessica T. Travers*
                                            Jessica T. Travers
                                            Florida Bar No. 0018129
                                            Primary E-mail: jtravers@littler.com
                                            Secondary E-mail: mvelis@littler.com
                                            Samantha Dunton-Gallagher
                                            Florida Bar No. 105100
                                            Primary E-mail: sdunton@littler.com
                                            Secondary E-mail: kjackson@littler.com

                                         *COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants identified at the time of electronic filing.

                                                              /s/ *Jessica T. Travers*
                                                              Jessica T. Travers

## SERVICE LIST

COUNSEL FOR PLAINTIFF
Robert W. Brock II, Esq.
Robert@kuvinlaw.com
The Law Office of Lowell J. Kuvin, LLC
17 East Flagler Street, Suite 223
Miami, FL 33131
Tel: 305-358-6800
Fax: 305-358-6808

Firmwide:142988560.1 058537.1034
9/26/16